# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE HINES-HANLEY, | Case No. CV-12-2914-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND |
| v. | |
| UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1-20, Inclusive, | Honorable Richard Seeborg |
| | State Action filed: March 20, 2012 |
| Defendants. | |

Upon consideration of the parties' stipulation, and good cause shown, the Court rules as follows:

1. The hearing date for Plaintiff's motion to remand is continued to **August 30, 2012**;

///

///

///

///

2. Opposition to the motion to remand will be due no later than **August 9, 2012**, and any reply to the opposition will be due no later than **August 16, 2012**.

IT IS SO ORDERED.

Dated: 7/12/12

By: _____
Honorable Richard Seeborg
United States District Judge