# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE HINES-HANLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. CV-12-2914-RS<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br>Honorable Richard Seeborg<br><br>State Action filed: March 20, 2012 |

Upon consideration of the parties' stipulation, and good cause shown, the Court rules as follows:

1. The hearing date for Plaintiff's motion to remand is continued to **August 30, 2012**;

///
///
///
///

2. Opposition to the motion to remand will be due no later than **August 9, 2012**, and any reply to the opposition will be due no later than **August 16, 2012**.

IT IS SO ORDERED.

Dated: 7/12/12

By: _____
Honorable Richard Seeborg
United States District Judge