IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Jacqueline Hines-Hanley,

        Plaintiffs,

  v.

Unum Group, et al.,

        Defendants.

No. C 12-02914 RS

**STANDBY ORDER OF DISMISSAL**

      The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 10, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 13, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated: 7/25/12

                    RICHARD SEEBORG
                    UNITED STATES DISTRICT JUDGE