1  Daniel W. Maguire (SBN 120002)
   E-mail: *dmaguire@bwslaw.com*
2  Michael B. Bernacchi (SBN 163657)
   E-mail: *mbernacchi@bwslaw.com*
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600
5  Fax: 213.236.2700

6  Attorneys for Defendants Unum Group and
   Unum Life Insurance Company of America
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 JACQUELINE HINES-HANLEY,            Case No. CV-12-2914-RS

13              Plaintiff,              **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; (PROPOSED) ORDER**

14 v.

15 UNUM GROUP, UNUM LIFE
   INSURANCE COMPANY OF           Honorable Richard Seeborg
16 AMERICA, THE COMMISSIONER
   OF THE CALIFORNIA              State Action filed: March 20, 2012
17 DEPARTMENT OF INSURANCE
   and DOES 1-20, Inclusive,
18
                Defendants.
19

20

21

22

23       IT IS HEREBY STIPULATED by and between Plaintiff, Jacqueline Hines-

24 Hanley, and Defendants Unum Group and Unum Life Insurance Company of

25 / / /

26 / / /

27 / / /

28 / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-7936-5904 v1                - 1 -        CASE NO. CV-12-2914-RS
                                                  STIPULATION FOR DISMISSAL OF ACTION
                                                  WITH PREJUDICE

1  America, that this action be dismissed with prejudice, in its entirety as against all
2  parties, with each party to bear their own attorneys' fees and costs.

3
4  DATED: August 3, 2012         DL LAW GROUP
                                 DAVID LILIENSTEIN
5                                ALICE J. WOLFSON
6
7                                By: *s/ David Lilienstein*
                                     DAVID LILIENSTEIN
8                                    Attorneys for Plaintiff
                                     Jacqueline Hines-Hanley
9                                    *[As authorized on August 1, 2012]*
10

11 DATED: August 3, 2012         BURKE, WILLIAMS & SORENSEN, LLP
                                 DANIEL W. MAGUIRE
12                               MICHAEL B. BERNACCHI
13
14
                                 By: *s/ Daniel W. Maguire*
15                                   DANIEL W. MAGUIRE
                                     Attorneys for Defendants
16                                   Unum Group and Unum Life Insurance
                                     Company of America
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-7936-5904 v1         - 2 -         CASE NO. CV-12-2914-RS
                                            STIPULATION FOR DISMISSAL OF ACTION
                                            WITH PREJUDICE