UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE HINES-HANLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. CV-12-2914-RS<br><br>(~~PROPOSED~~) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>Honorable Richard Seeborg<br><br>State Action filed: March 20, 2012 |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action shall be dismissed with prejudice in its entirety. Each party is to bear their own costs and attorney's fees.

DATED: 8/6/12                    _____
                                 HON. RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE